UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES R. ALLAN, | NO. CV-08-125-EFS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

By Stipulation filed January 8, 2009 (Ct. Rec. 17), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
3      **DATED** this ___13th___ day of January 2009.
4
5                                S/ Edward F. Shea
                                    EDWARD F. SHEA
6                              United States District Judge
7  Q:\Civil\2008\125.Stip.Dismiss.wpd

ORDER * 2